UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
MICHAEL & REBECCA          )
GUTHRE, h/w                )
                           )    Case Number: 09-cv-3136
        Plaintiffs         )
                           )
        vs.                )
                           )
NCO FINANCIAL SYSTEMS,     )    CIVIL ACTION
INC.                       )
        and                )
                           )
CAPITAL ONE SERVICES LLC   )
        Defendants         )
_____)

## STIPULATION OF DISMISSAL

AND NOW, this 16th of October, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

        Warren & Vullings, LLP

BY:   */s/ Brent F. Vullings*
        Brent F. Vullings, Esquire
        Attorney for Plaintiff


        Marks & Rosenzweig, LLC

BY:   */s/ Peter Rosenzweig*
        Peter Rosenzweig, Esquire
        Attorney for Defendant, NCO Financial
        Systems, Inc.