```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL GUTHRE and REBECCA      :
GUTHRE,                         :
                                :
            Plaintiffs,         :   CIVIL ACTION
                                :
      v.                        :   No. 09-cv-3136
                                :
NCO FINANCIAL SYSTEMS and       :
CAPITAL ONE SERVICES LLC,       :
                                :
            Defendants.         :
```

**ORDER**

AND NOW, this    23rd    day of October, 2009, upon consideration of the parties' Stipulation of Dismissal (Doc. No. 9) filed with this Court on October 22, 2009, it is hereby ORDERED that the above-captioned action is DISMISSED with prejudice pursuant to Local Rule of Civil Procedure 41.1(b), without costs, and pursuant to the agreement of the parties.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.